**Order entered December 2, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01262-CR

**ANTHONY PAZ TORRES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1576860-P**

## ORDER

Before the Court is the State's November 26, 2019 second motion for extension of time to file its brief. The State's brief has been tendered with the motion. We GRANT the motion and ORDER the State's brief filed as of the date of this order.

/s/    KEN MOLBERG
           JUSTICE